BRONX GARMENT CENTER, INC., v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1048.]

■

BENNINGTON CORPORATION v. CITATION FABRICS CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See ante, p. 756.]

■

GREYSTONE HOTEL CORPORATION v. MURRAY ZARNES et al.—Motion for leave to appeal to the Court of Appeals from the order of this court and from the judgment entered thereon denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See ante, p. 758.]

■

GREYSTONE HOTEL CORPORATION v. WILLIAM MORROW.— Motion for leave to appeal to the Court of Appeals from the order of this court and from the judgment entered thereon denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See ante, p. 242; post, p. 915.]

■

LOUIS ANGELINA v. EUCLID CONCRETE CORP. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan and Bergan, JJ. [See ante, p. 405.]

■

In the Matter of the Arbitration between MARY O'F. MORGAN and NEW YORK POST CORPOR ATION.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ. [See 278 App. Div. 910.]

■

2639 CORPORATION, Respondent, v. GEORGE DADDIS, Appellant, et al., Undertenant.— Application denied, with $10 costs. Whether or not the Appellate Term ruling as to practical construction of the lease was a correct basis for its determination, we see no necessity for granting leave to appeal on the present record. If the landlord claims that sale of hats, including hats not trimmed with fur, is being continued by the tenant, such claim may be made the subject of a new proceeding. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.